UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LEONEL MICHEL VARGAS,<br><br>    Defendant. | No. MJ-13-4168-1<br><br>ORDER FOLLOWING:<br><br>☒ INITIAL APPEARANCE<br><br>☒ MOTION GRANTED<br><br>    **(ECF No. 4)**<br><br>☐    ACTION REQUIRED |

Date of hearing: 05/17/2013

☒    Complaint

Defendant was advised of, and acknowledged, Defendant's rights.

☒    Probable cause hearing set before Judge Hutton:

   **Wednesday, May 22, 2013 at 2:00 PM**

     (Date)                                    (Time)

☒    Defendant, personally and through counsel, waived the right to a bail hearing. Defendant shall be held in detention pending disposition of this case or until further order of the court. Defendant may petition the court to reopen the detention issue by written motion to amend and request for hearing, served upon the United States Attorney. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

ORDER - 1

1  ☒    The U.S. Probation Office personnel shall prepare a Pretrial Services Report,
2       limited to criminal history, and without interviewing Defendant.
3  DATED May 17, 2013.
4
5                          _s/James P. Hutton_
                          JAMES P. HUTTON
6                   UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER - 2