Michael C. Ormsby
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 2 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONEL MICHEL VARGAS,<br><br>Defendant. | CR-13-6025-EFS<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 922(g)(5)<br>Illegal Alien in Possession of a<br>Firearm (Count 1)<br><br>Vio: 21 U.S.C. §841(a)(1),<br>(b)(1)(B)(viii)<br>Possession with the Intent to<br>Distribute 5 grams or more of<br>Actual Methamphetamine<br>(Count 2) |

The Grand Jury Charges:

### Count 1

On or about May 16, 2013, in the Eastern District of Washington, the Defendant LEONEL MICHEL VARGAS, being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce, firearms, to wit: a .22 caliber Savage Arms Stevens model 62 rifle, bearing the serial number 0072019; a .22 caliber Herters Guide model revolver, bearing the serial number 108095; a .22 caliber Colt Huntsmen semi-automatic model pistol, bearing the serial number 95589-c, and a 9mm Taurus semi-automatic model PT 92 AFS pistol, bearing serial number TSF71639; which firearms had theretofore been

INDICTMENT - 1
5-21-13 Vargas Indictment.wpd

transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(2).

## Count 2

On or about May 16, 2013, in the Eastern District of Washington, the Defendant LEONEL MICHEL VARGAS, did knowingly and intentionally possess with the intent to distribute 5 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) and 18 U.S.C. § 2.

DATED this 21 day of May, 2013.

A TRUE BILL

Michael C. Ormsby
United States Attorney

Stephanie Van Marter
Assistant United States Attorney

INDICTMENT - 2
5-21-13 Vargas Indictment.wpd