Alison K. Guernsey
Federal Defenders of Eastern Washington & Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
Leonel Michel Vargas

United States District Court for the
Eastern District of Washington
(Honorable Edward F. Shea)

| | |
|---|---|
| United States of America, | CR-13-6025-EFS |
| Plaintiff, | |
| vs. | Response to Motion to Extend Time to "Meet and Confer" and File a Joint Status Report |
| Leonel Michel Vargas, | |
| Defendant. | |

The defense has no objection to the Government's request to extend the deadlines to "meet and confer" and file the Joint Status Report. The Government's proposed deadlines are reasonable. The defense received initial discovery on June 5, 2013.

//

//

//

Response to Motion to Extend

1

Dated: June 6, 2013.

Respectfully Submitted,

s/ Alison K. Guernsey
Alison K. Guernsey, 4667366
Attorneys for Leonel Michel Vargas
Federal Defenders of
Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
Telephone: (509) 248-8920
Fax: (509) 248-9118
Email: Alison_Guernsey@fd.org

Certificate of Service

I hereby certify that on June 6, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie Van Marter, Assistant United States Attorney.

s/ Alison K. Guernsey