# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-13-6025-EFS |
| Plaintiff, | **Order Granting Motion to Suppress** |
| vs. | |
| LEONEL MICHEL VARGAS, | |
| Defendant | |

THIS MATTER coming before the Court upon motion by the defendant to suppress and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

DATED this ____ day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING MOTION TO EXPEDITE- 1**

JOHN S. MATHESON, ESQ.
315 W. KENNEWICK AVE.
KENNEWICK, WA 99336
(509)586-3091

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF System which will send notification of such filing to the following: Alex Ekstrom, Assistant United States Attorney

                        s/John S. Matheson_____
                        John S. Matheson, WSBA No. 8288
                        Attorney for Defendant