FD-302a (Rev. 05-08-10)

245C-SE-97705

Continuation of FD-302 of video surveillance from Leonel Michel Vargas' residence at 531 Arousa Rd _____ , On 04/04/2013 , Page 8 of 14

04/30/2013

Nothing significant noted.

05/01/2013

Nothing significant noted.

05/02/2013

6:58 pm - Michel Vargas walked to the front yard from the back yard and appeared to remove a firearm from his waistband area and shoot it in the driveway.

05/03/2013

4:49 pm - What appears to be an older male child carried around what appears to be a rifle in the driveway.

05/04/2013

Nothing significant noted.

05/05/2013

Between 8:05 pm and 8:50 pm, the Jeep Liberty left.

05/06/2013

8:17 am - Michel Vargas arrived in the Jeep Liberty.

9:19 am - A 1998 Honda Accord 4 door bearing Washington plate ACL1496,