# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>      vs.<br><br>LEONEL MICHEL VARGAS,<br><br>                          Defendant. | **Case No.** CR-13-6025-EFS<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 10/08/2013 **LOCATION:** Richland<br><br>**PRETRIAL CONFERENCE/<br>MOTION HEARING** |

| | | | |
|---|---|---|---|
| | **Senior Judge Edward F. Shea** | | |
| Debbie Brasel | 01 | Estela Castro | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Alex Ekstrom | | John Matheson | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

**[XX] Open Court**

Defendant present in custody of the US Marshal; being assisted by the Court's Interpreter

Comments by Counsel

Court advises counsel more definitive briefing is needed in this matter.   Briefing to be filed by counsel as follows: USA no later than 11/8/2013; Defendant no later than 11/22/2013 and Government's Reply no later than 12/6/2013

**Court:**     Defendant's MOTION to Suppress (ECF No. 47) **under advisement.** Trial date of 10/28/2013 is stricken and will be reset after the motion to suppress is decided

**[XX] ORDER FORTHCOMING**

| | | | |
|---|---|---|---|
| Convened: 2:05 pm | Adjourned: 2:20 pm | Time: / 15 minutes | |