UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>     v.<br><br>LEONEL MICHEL VARGAS,<br><br>                   Defendant. | No. CR-13-6025-EFS<br><br>**ORDER REQUIRING FURTHER BRIEFING ON DEFENDANT'S SUPPRESSION MOTION, INVITING THE ELECTRONIC FRONTIER FOUNDATION TO FILE AN AMICUS BRIEF, CONTINUING TRIAL, AND EXCLUDING SPEEDY-TRIAL ACT TIME** |

A pretrial conference occurred in the above-captioned matter on October 8, 2013. Defendant Leonel Michael Vargas was present, represented by John Matheson. Alex Exstrom appeared on behalf of the U.S. Attorney's Office (USAO). Before the Court was Defendant's Motion to Suppress Evidence from Continuous Video Surveillance Pole Cam, ECF No. 47. The issue is whether Defendant's Fourth Amendment right to be free from unreasonable search was violated by law enforcement's warrantless use of a video camera, which was installed on a telephone pole, to record the activity occurring in Defendant's rural front yard for an approximate thirty-day period. The Court has reviewed the record and relevant authority; the Court advised counsel that it requires additional briefing from the parties. The parties' supplemental briefs shall address what impact, if any, the following legal authority has on the issue before the Court: *Florida v.*

CASE MANAGEMENT ORDER - 1

*Jardines*, 133 S. Ct. 1409 (2013); *United States v. Jones*, 132 S. Ct. 945 (2012); *Kyllo v. United States*, 533 U.S. 27 (2001); and Wayne LaFave, Search & Seizure: A Treatise on the Fourth Amendment (5th ed.). Following the hearing, the Court determined that an amicus brief filed by the Electronic Frontier Foundation (EFF) may benefit the Court's resolution of this issue.  Accordingly, to accommodate the filing of an amicus curiae brief by EFF if it so chooses, the Court extends the parties' deadlines for filing the supplemental briefs.

**IT IS HEREBY ORDERED**:

1. A copy of this Order, along with the Indictment and briefs related to the suppression motion, ECF Nos. 12, 48, 49, & 53, shall be mailed to EFF, 815 Eddy Street, San Francisco, CA 94109.

2. If EFF desires to file an amicus brief pertaining to Defendant's Motion to Suppress Evidence from Continuous Video Surveillance Pole Cam, ECF No. 47, it shall do so no later than **December 2, 2013.**  This brief shall be limited to fifteen pages.

3. The USAO's supplemental brief, which shall be limited to fifteen pages, shall be filed no later than **December 20, 2013**.

4. Defendant's supplemental brief, which shall be limited to fifteen pages, shall be filed no later than **January 10, 2014.**

CASE MANAGEMENT ORDER - 2

5. **Pretrial Conference**

    a. The pretrial conference is **RESET** to **February 11, 2014**, at **10:00 a.m.** in **RICHLAND**. At that time, the Court will hear all pretrial motions, including Defendant's Motion to Suppress Evidence from Continuous Video Surveillance Pole Cam, ECF No. 47.

    b. This pretrial conference is set for **two hours**.

6. **Trial**. The Court **SETS** this matter for jury trial on **March 3, 2014**, at **9:30 A.M.** in **RICHLAND**. Counsel and Defendant shall be prepared to meet with the Court at least thirty (30) minutes prior to the commencement of the trial.

7. Pursuant to 18 U.S.C. § 3161(h)(1)(D), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **September 19, 2013**, the date Defendant filed his suppression motion, through **March 3, 2014,** the date set for hearing on the suppression motion.

8. The **Original CMO.** <u>Counsel must review the provisions of the original June 28, 2013 CMO, ECF No. 44, and abide by those procedures which remain in full force and effect and are incorporated herein except for the new compliance deadlines in the following Summary of Amended Deadlines</u>.

9. **Summary of Deadlines**

| | |
|---|---|
| Rule 16 expert summaries produced to other parties and emailed to Court:<br>    Defendant's Experts:<br>    USAO's Rebuttal Experts: | **January 6, 2014**<br>**January 13, 2014** |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **January 21, 2014** |

CASE MANAGEMENT ORDER - 3

| | |
|---|---|
| **PRETRIAL CONFERENCE**<br>*Deadline for motions to continue trial* | **February 11, 2014**<br>**10:00 A.M. - RICHLAND** |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | **February 14, 2014** |
| Grand jury transcripts produced to Defendant<br>          Case Agent:<br>          CIs:<br>          Other Witnesses: | **February 14, 2014**<br>**February 14, 2014**<br>**February 14, 2014** |
| Exhibit lists filed and emailed to the Court | **February 21, 2014** |
| Witness lists filed and emailed to the Court | **February 21, 2014** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **February 21, 2014** |
| Exhibit binders delivered to all parties and to the Court | **February 25, 2014** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **February 21, 2014** |
| Trial notices filed with the Court | **February 21, 2013** |
| Technology readiness meeting (in-person) | **February 25, 2013** |
| **JURY TRIAL** | **March 3, 2014**<br>**9:30 A.M. - RICHLAND** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this   18th   day of October 2013.

                         s/ Edward F. Shea
                         EDWARD F. SHEA
              Senior United States District Judge

Q:\EFS\Criminal\2013\6025.am.cmo.cont.lc1.docx

CASE MANAGEMENT ORDER - 4