ROBERT M. SEINES, WSBA No. 16046
Attorney at Law
P.O. Box 313
Liberty Lake, WA 99019
Phone:  509-844-3723
Fax:  509-255-6003
Email:  rseines@msn.com

*Counsel for Amicus Curiae*
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-6025 EFS |
| | ) | |
| Plaintiff, | ) | **NOTICE OF APPERANCE** |
| | ) | |
| v. | ) | |
| | ) | |
| LEONEL MICHEL VARGAS, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert M. Seines hereby enters his appearance on behalf of Amicus Curiae Electronic Frontier Foundation.

                                        Respectfully submitted,

Dated:  November 1, 13      By:  /s/ Robert M. Seines
                                        ROBERT M. SEINES, WSBA No. 16046

                                        *Counsel for Amicus Curiae*
                                        ELECTRONIC FRONTIER
                                        FOUNDATION

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 13, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Alexander Carl Ekstrom
United States Attorneys Office
402 East Yakima Avenue, Suite 210
Yakima, WA  98901
Tel:  509-454-4425
Email: USAWAE.AEkstromECF@usdoj.gov
*Counsel for Plaintiff USA*

John Scott Matheson
315 W Kennewick Ave.
Kennewick, WA  99336
Tel: 509 586-3091
Email: staffatjsmlaw@yahoo.com
*Counsel for Defendant*

Dated:  November 1, 13   By:   /s/ Robert M. Seines
                                           ROBERT M. SEINES, WSBA No. 16046

                                           *Counsel for Amicus Curiae*
                                           ELECTRONIC FRONTIER FOUNDATION