UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                              Plaintiff,

              v.

LEONEL MICHEL VARGAS,

                              Defendant.

No.  CR-13-6025-EFS

**ORDER GRANTING PERMISSION TO PARTICIPATE *PRO HAC VICE***

    Before the Court is the Application of Hanni Fakhoury for Permission to Appear *Pro Hac Vice* as Counsel for the Electronic Frontier Foundation, ECF No. 57, in the above-captioned matter.  The Court has reviewed the motion and supporting documents and is fully informed.  The Court finds that a showing of particular need to participate in this case has been made pursuant to LR 83.2(c)(1) and that the requirements of LR 83.2(c)(1) and (2) appear to have been met.

    **IT IS HEREBY ORDERED** that the Motion of Hanni Fakhoury to Participate *Pro Hac Vice*, **ECF No. 57,** is **GRANTED**.  Hanni Fakhoury may participate *pro hac vice* pursuant to Local Rule 83.2(c)(1) of the United States District Court, Eastern District of Washington for the purpose of representing Defendant in the above-captioned matter.  Counsel of record, Robert Seines, shall sign all pleadings, motions

and other papers prior to filing and shall meaningfully participate in this case.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and to provide copies to counsel.

**DATED** this __14th__ day of November 2013.

s/ Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge