UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>LEONEL MICHEL VARGAS,<br><br>                    Defendant. | No.  CR-13-6025-EFS<br><br>**ORDER REQUIRING THE PARTIES TO FILE SUPPLEMENTAL BRIEFS** |

The Court has reviewed the supplemental material relating to Defendant Leonel Michel Vargas' Motion to Suppress Evidence from Continuous Video Surveillance Pole Cam, ECF No. 47. ECF Nos. 80, 82, 88, & 95. Relying on the law-enforcement privilege, the U.S. Attorney's Office (USAO) declines to disclose the make, model, and other technological information regarding the video camera used to covertly survey Defendant's front yard, as well as associated technologies used to communicate the camera footage to the agent's office computer. Amicus curiae, the Electronic Frontier Foundation (EFF), highlights that the Supreme Court's Fourth Amendment analysis in *Kyllo v. United States*, 533 U.S. 27, 34 (2001), focuses in part on whether the technology used by law enforcement was in general public use.

Under the circumstances, and in compliance with *Kyllo*, Federal Rule of Criminal Procedure 16, and *Brady v. Maryland*, 373 U.S. 83

ORDER - 1

(1963), the Court is inclined to require the USAO to file, under seal, detailed information pertaining to the camera and technology used by law enforcement to survey Defendant's front yard. By filing this information under seal, its disclosure will be limited to Defendant, defense counsel, and the Court. In their briefs, the parties should also discuss 1) what relevance, if any, the manner and mode of "concealment" of the camera, which was installed on a telephone pole, has on the Court's Fourth Amendment analysis, and 2) whether the manner/mode of concealment must be disclosed by the USAO under seal as well.

Accordingly, **IT IS HEREBY ORDERED**:   No later than **April 25, 2014**, the USAO and Defendant shall file the above-ordered supplemental briefs, limited to ten pages.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to counsel (including counsel for the Electronic Frontier Foundation).

**DATED** this   10th   day of April 2014.

                              s/ Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge