UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>LEONEL MICHEL VARGAS,<br><br>                    Defendant. | No.  CR-13-6025-EFS<br><br>**ORDER GRANTING THE USAO'S MOTION TO DISMISS** |

Before the Court, without oral argument, is the U.S. Attorney's Office's (USAO) Motion to Dismiss Indictment, ECF No. 129.  The USAO seeks the Court's leave to dismiss the Indictment, ECF No. 12, without prejudice as to Defendant Leonel Michel Vargas pursuant to Federal Rule of Criminal Procedure 48(a).  Having reviewed the pleadings filed in connection with the motion, the Court grants the USAO leave to dismiss the Indictment.  The Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1.   The USAO's Motion to Dismiss Indictment, **ECF No. 129**, is **GRANTED**.

2.   The Indictment, **ECF No. 12**, is **DISMISSED WITHOUT PREJUDICE** as to Defendant Leonel Michel Vargas.

ORDER GRANTING THE USAO'S MOTION TO DISMISS - 1

3. All hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.

4. The U.S. Marshals Service is directed to **RELEASE** Defendant Leonel Michel Vargas from its custody.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this  13th  day of May 2015.

                                  s/Edward F. Shea
                                  EDWARD F. SHEA
                 Senior United States District Judge